## FOURTH DEPARTMENT, FEBRUARY TERM, 1890.

it may stand for $116.85 debt and costs, and as modified affirmed, without costs to either party of the appeal.

Adelia Blakeslee, Appellant, v. Solomon S. Alexander, Respondent.— Order reversed and attachment amended so that it shall stand for the debt of $167.54 and costs, and the motion in other respects denied.

Eliza A. Cone, Appellant, v. Solomon S. Alexander, Respondent.— Order reversed with printing disbursements and motion denied, with ten dollars costs.

Martin Barney, Appellant, v. Lewis E. Fuller and another, Respondents — Order affirmed, with ten dollars costs and disbursements.

People ex rel. Horace E. Taylor, Respondent, v. Albert S. Potts, Appellant.— Motion to dismiss denied. Order reversed, with ten dollars costs and disbursements.

Charles J. Rumsey and another, Respondents, v. Ann McCarthy, Appellant.— Order affirmed, with ten dollars costs and disbursements.

Charles W. Bardeen, Respondent, v. Jerome Allen and others, Appellants.— Order affirmed, with ten dollars costs and disbursements.

Frank B. Chapman, Respondent, v. Lucius Gleason, Appellant, Impleaded with Patrick Lynch. — Order affirmed, without costs.

In the Matter of the Application to disbar William Youmans.— Proceedings dismissed unless report of the referee be procured and filed with the clerk of Onondaga county during the next term of this court, and it is further ordered that the notice of motion and affidavit accompanying the same, and the affidavit of C. H. Bell in opposition thereto. presented at this term of court, be transmitted to the clerk of Onondaga county.

Elizabeth H. Butler, Appellant, v. The City of Oswego and another, Respondents.— Motion for reargument denied.

The People of The State of New York, Appellant, v. John Snaith and others, Respondents.— Order affirmed, with ten dollars costs and disbursements.

The People of The State of New York. Respondent, v. Palmer M. Wood, Appellant.— Order settled and filed with the clerk of Oneida. Hardin, P. J , not voting.

John Mitchell, as Executor, Respondent, v. David H. Knapp, Appellant, Impleaded.— Order settled and filed with the clerk of Oneida county. Martin. J.. not sitting.

Henry C. Ballou, Executor, Respondent, v. Thomas Carton and others, Appellants.— Motion for leave to appeal to the Court of Appeals denied.

Erastus Z. Wright, Receiver, etc., Respondent, v. Charles T. Segar. Appellant.— Motion granted, with ten dollars costs, and judgment affirmed with twenty dollars costs of the appeal and disbursements.

John A. Morgan, Respondent, v. William Wilsey, Appellant — Judgment and order of the County Court of Oneida county affirmed, with costs.

Allison Parks, Appellant, v. James Boyce, Respondent.— Judgment of the Madison County Court reversed and that of the Justice's Court affirmed, with costs.

William W. Gilmore, Respondent, v. Edward E. Ham and Sarah E. Ham, Appellants, Impleaded, etc.— Judgment affirmed, with costs. Opinion by Hardin, P. J.